UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

**THE HANOVER INSURANCE GROUP,**

**Plaintiff**

**vs.** **C.A. No.: 06-276/T**

**ANTHONY F. ROSCITI, JR.; SHANNON ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,**

**Defendants**

# ENTRY OF APPEARANCE

NOW COME W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., of Ferrucci Russo, P.C., and hereby enter their appearance on behalf of Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (the "Roscitis") in connection with the above-entitled action.

Respectfully submitted,

/s/ W. Mark Russo,

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: August 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via facsimile and via first-class, postage prepaid mail to the following on this 2nd day of August, 2006:

**Kevin C. Cain, Esq.**
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

/s/ W. Mark Russo