UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendant | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**PLAINTIFF, THE HANOVER INSURANCE GROUP'S OBJECTION TO DEFENDANTS, ANTHONY F. ROSCITI, JR. AND SHANNON ROSCITI'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO STAY**

NOW COMES, Plaintiff, The Hanover Insurance Group ("Hanover"), with its Objection, seeking an order of this Court denying the Motion to Dismiss of Anthony F. Rosciti, Jr. and Shannon Rosciti the Complaint that Hanover filed to initiate this action. Hanover also seeks an order of this Court denying the Rosciti's request for a stay of this action.

In support of its Objection, Hanover submits the accompanying memorandum.

Respectfully submitted,

THE HANOVER INSURANCE GROUP

By their attorneys,

*/s/ Kevin C. Cain*
Kevin C. Cain, #3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
[617] 951.2100

Dated: August 17, 2006

**CERTIFICATION OF SERVICE**

I hereby certify that on this 17th day of August, 2006, the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

A copy has also been served upon W. Mark Russo, Ferrucci & Russo, P.C. by first-class, postage pre-paid mail on the same date.

*/s/ Kevin C. Cain*
Kevin C. Cain

PABOS2:RRITLAN:643783_1
2114-91630