# BUSINESS CALENDAR CASE OPENING SHEET

STATE OF RHODE ISLAND
SUPERIOR COURT

Case # 06-2623

| PLAINTIFF: | DEFENDANT: |
|---|---|
| Anthony F. Rosciti, Jr. | South Shore Utility Contractors, Inc. |

| PLAINTIFF'S COUNSEL: (If more than one supply information for each) | DEFENDANT'S COUNSEL: (If more than one supply information for each) |
|---|---|
| Name: John O. Mancini, Esq. | Name: |
| Address: 55 Pine Street, Providence, RI 02903 | Address: |
| Telephone No. (401) 490-7334 | Telephone No. |
| Name: | Name: |
| Address: | Address: |
| Telephone No. | Telephone No |

**NATURE OF PROCEEDING** -- Check the applicable case type under main categories listed below (check only one)

- ☐ Breach of contract or fiduciary duties, fraud, misrepresentation, business tort or statutory violations arising out of business dealings and/or transactions.
- ☐ Transactions governed by the provisions of the Uniform Commercial code.
- ☐ Complicated transactions involving commercial real property.
- ☐ Shareholder derivative actions.
- ☐ Commercial class actions.
- ☐ Commercial bank transactions
- ☐ Matters affecting the internal affairs or governance of business organizations or entities.
- ☒ Business insolvencies and receiverships.
- ☐ Other (generally describe nature) ____________________

| | | |
|---|---|---|
| Have there been efforts at mediation? | Yes____ | No____ |
| Have there been efforts at arbitration? | Yes____ | No____ |
| Other dispute resolution mechanisms? | Yes____ | No____ |

Is this a case that may require a trial for resolution? ☐ Yes ☐ No If yes: ☐ Jury or ☐ Non-jury

If this is a case that was filed prior to June 4, 2001, what is the present status?
☐ Motion to Dismiss ☐ Summary Judgment ☐ Discovery ☐ Awaiting assignment for trial

**The undersigned requests assignment to the Business calendar** -- [signature] #7335

Attorney for **plaintiff/defendant** (strike one)
Attorney ID#

DATE: 5/12/2006

The above case may be placed on the Business Calendar [signature]
Associate Justice

BLUE - COURT YELLOW - PLAINTIFF PINK - DEFENDANT GOLD - JUDGE

S-221(5/01)

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

Anthony F. Rosciti, Jr.,
Plaintiff

vs

South Shore Utility Contractors, Inc.,
Defendant

P.M. No: ______________

PETITION FOR THE APPOINTMENT OF A RECEIVER

Plaintiff respectfully represents that:

1. Defendant South Shore Utility Contractors, Inc. is a Rhode Island corporation having its principal place of business at 44 Maria Avenue, Johnston, Rhode Island.
2. Plaintiff is the holder of 50% of all the outstanding stock of the Defendant corporation. Henry Rosciti, Jr. holds the remaining 50% of the outstanding stock of the Defendant corporation and supports the instant Petition.
3. Plaintiff is informed and believes that Defendant is insolvent and unable to meet its obligations as they become due.
4. Defendant is in arrears in payment of its obligations and there is a danger of dissipation and depreciation of the assets of the Defendant.
5. In the opinion of the Plaintiff, it is urgent and advisable that a Temporary Receiver be appointed immediately to take charge of the affairs, assets, estate, effects and property of said Defendant to preserve the same for the interest of all creditors.
6. Given the complexity of the issues and non-routine nature of this matter, Plaintiff respectfully requests the appointment of a Receiver at counsel's suggestion, subject to this Honorable Court's approval.
7. This Petition is made in good faith for the protection of the business of the Defendant and for the benefit of its creditors, and the appointment of a Temporary Receiver is most desirable to

protect the *status quo* of the Defendant pending final hearing on the appointment of a Permanent Receiver.

WHEREFORE, Plaintiff respectfully prays that this Honorable Court appoint a Temporary Receiver forthwith and also appoint a Permanent Receiver to take charge of the assets, affairs, estate, effects and property of the Defendant, and to have such relief as this Court shall deem proper.

ANTHONY F. ROSCITI, JR.

**CERTIFICATE OF ATTORNEY**

I, the undersigned, Attorney for the Plaintiff, certify that this Petition is made in good faith for the protection of the business of the Defendant and for the benefit of creditors, and that the appointment of a Temporary Receiver is desirable to protect the *status quo* pending final Hearing on the appointment of a Permanent Receiver.

[signature] #6061
JOHN O. MANCINI

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

Anthony F. Rosciti, Jr.,
Plaintiff

vs

South Shore Utility Contractors, Inc.,
Defendant

P.M. No: 06-2623

ORDER APPOINTING TEMPORARY RECEIVER

This cause came on to be heard upon the Plaintiff's Petition for Appointment of a Receiver and, upon consideration thereof, it is hereby

**ORDERED, ADJUGED AND DECREED**

1. That Jonathan Savage of Prov., Rhode Island be and hereby is appointed Temporary Receiver (the "Receiver") of the Defendant.

2. That said Receiver shall, no later than five (5) days from the date hereof, file a bond in the sum of $ 10,000.— with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court.

3. That said Receiver is authorized to take possession and charge of the property and assets of the Defendant, to collect the debts and property belonging to it and to preserve the same until further order of this Court.

4. That said Receiver is authorized until further Order of this Court, in the Receiver's discretion and as said Receiver deems appropriate and advisable, to conduct the business of said Defendant, to borrow money from time to time, to purchase for cash or upon credit, merchandise, materials and other property, to engage employees and assistants, clerical or otherwise, and to do and perform or cause to be done and performed all other acts and things as are appropriate in the premises.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK

2006 MAY 12 P 1:40

5. That, pursuant to and in compliance with Rhode Island Supreme Court Executive Order No. 95-01, this Court finds that the designation of the afore-described person for appointment as Receiver herein is warranted and required because of the Receiver's specialized expertise and experience in operating businesses in Receivership and in administrating non-routine Receiverships which involve unusual or complex legal, financial, or business issues.

6. That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, both judicial and non-judicial, or any other proceeding, in law, or in equity or under any statute, or otherwise, against said Defendant or any of its property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, partnership or any other person, or the levy of any attachment, execution or other process upon or against any property of said Defendant, or the taking or attempting to take into possession any property in the possession of the Defendant or of which the Defendant has the right to possession, or the cancellation at any time during the Receivership proceeding herein of any insurance policy, lease or other contract with Defendant, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or other utility service to Defendant, by any public utility, without prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further Order of this Court.

7. That a Citation be issued to said Defendant, returnable to the Superior Court sitting at __________, Rhode Island on June 2 06, at 9:30 a.m., at which time and place this cause is set down for Hearing on the prayer for the Appointment of a Permanent Receiver; that the Clerk of this Court shall give Notice of the pendency of the Petition herein by publishing this Order Appointing Temporary Receiver once in Providence Journal on or before May 19, 2006 so long as the Receiver's Bond has been filed, and the Receiver shall give further notice by mailing, on or before May 26, 2006, a copy of said Order Appointing Temporary Receiver to each of Defendant's creditors and stockholders whose address is known or may become known to the Receiver.

ENTERED as an Order of this Court this 12 day of May, 2006.

BY ORDER:

[signature]

Associate Justice

Silverstein J.

5/12/06

ENTER:

[signature]

Clerk, Superior Court

administrator