**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THE HANOVER INSURANCE GROUP,**

**Plaintiff**

**vs.** **C.A. No.: 06-276/T**

**ANTHONY F. ROSCITI, JR.; SHANNON ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,**

**Defendants**

**Defendants, Anthony F. Rosciti, Jr. & Shannon Rosciti's Second Supplemental Memorandum in Support of Motion to Dismiss, or, in the Alternative, Motion to Stay**

NOW COME Defendants, Anthony F. Rosciti, Jr. ("Anthony Rosciti") and Shannon Rosciti ("Shannon Rosciti") (collectively, the "Roscitis"), and each of them, by and through counsel, and hereby submit the within second supplemental memorandum in support of the Roscitis' previously filed motion to dismiss Plaintiff, The Hanover Insurance Group's ("Hanover") Complaint in connection with the above-entitled action. Alternatively, the Roscitis have moved this Court for an order staying the instant matter pending the full and final adjudication of the Roscitis' pending state court action on the merits.

On or about August 22, 2006, the Roscitis filed a supplemental memorandum in support of the above-referenced pending motion. At Footnote 2 of the supplemental memorandum, the Roscitis indicated to the Court that Anthony Rosciti's motion to consolidate the previously pending receivership proceeding entitled *Anthony F. Rosciti, Jr. v. South Shore Utility Contractors, Inc.*, P.M. No.: PB 06-2623, with the subsequently filed Providence County Superior Court action more commonly known, and identified, as *Anthony F. Rosciti, Jr., et al. v.*

*The Hanover Insurance Group, et al.*, C.A. No.: PC 06-4021, both of which are pending before the Superior Court, was scheduled to be called for hearing on August 23rd.

The hearing upon Anthony Rosciti's motion to consolidate was, in fact, conducted before Silverstein, J. on August 23rd. At the August 23rd proceeding, the Superior Court heard argument in support of the motion to consolidate from the moving party - Anthony Rosciti, as well as counsel for Jonathan N. Savage, Esq. (the "Receiver"), the duly appointed Permanent Receiver of South Shore Utility Contractors, Inc. ("South Shore"). Further, Hanover presented its opposition to the motion to consolidate at the same hearing.

However, notwithstanding, after considering the attendant facts and circumstances, in light of the law, Silverstein, J. *granted* Anthony Rosciti's motion to consolidate, and, in doing so, substantively and administratively consolidated the South Shore receivership proceeding with the Superior Court action more commonly known, and identified, as *Anthony F. Rosciti, Jr., et al. v. The Hanover Insurance Group, et al.*

Thus, insofar as the subsequently filed Superior Court action has now been consolidated with the South Shore receivership proceeding, and the Superior Court has determined that these matters implicate common issues of law and/or fact, the principles of judicial economy and efficiency suggest that the Superior Court may be the best forum to adjudicate the substantially similar matters raised herein. Moreover, should this Court defer to and/or abstain in favor of the Superior Court in this case, the same will eliminate the possibility of inconsistent findings and/or results in separate actions pending before this Court, as well as the Superior Court.

WHEREFORE, for the foregoing reasons, the Roscitis respectfully pray that this Court dismiss Hanover's Complaint forthwith, or, in the alternative, that this Court stay the instant

action pending an adjudication of the claims to be prosecuted in the context of the consolidated South Shore receivership proceeding and Superior Court action, or such other time period as this Court may order, and that this Court award to the Roscitis such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr. & Shannon Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Date: August 24, 2006

**Certification**

I hereby certify that on this 24th day of August, 2006, the foregoing was served upon **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com

/s/ Christopher M. Mulhearn