**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br>Plaintiff<br><br>vs.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and A.H.R. UTILITY CORP.<br>Defendants | : | C.A. No.:06-276T |

**ANSWER OF HENRY V. ROSCITI AND A.H.R. UTILITY CORP.**

NOW COMES Defendants Henry V. Rosciti, Jr. ("Henry Rosciti") and A.H.R. Utility Corp. ("AHR") (collectively referred to for purposes of this answer as "Defendants") and answer Plaintiff's Complaint as follows:

**PARTIES**

1. Paragraph 1 does not require an answer on behalf of Defendants Henry Rosciti and A.H.R. Utility Corp., but to the extent an answer may be required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 1 and leave Plaintiff to its proof thereof.

2. Paragraph 2 does not require an answer on behalf of Defendants Henry Rosciti and A.H.R. Utility Corp., but to the extent an answer may be required, Defendants are without knowledge or information to form a belief as to the truth of the averments in Paragraph 2 and leave Plaintiff to its proof thereof.

3. Defendant Henry Rosciti admits to the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Paragraph 4 does not require an answer on behalf of Defendants Henry Rosciti and A.H.R. Utility Corp., but to the extent an answer may be required, Defendants are without

knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 4 and leave Plaintiff to its proof thereof.

5. Defendant A.H.R. Utility Corporation ("AHR") admits that it was a duly organized corporation pursuant to the laws of the State of Rhode Island, but is no longer an active corporation.

## JURISDICTION AND VENUE

6. Defendants deny the allegations in Paragraph 6 of Plaintiff's complaint.

7. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 7 and leave Plaintiff to its proof thereof.

## FACTS COMMON TO ALL COUNTS

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 8 and leave Plaintiff to its proof thereof.

9. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 9 and leave Plaintiff to its proof thereof.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 10 and leave Plaintiff to its proof thereof.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 11 and leave Plaintiff to its proof thereof.

12. Defendants deny the allegations in Paragraph 12 of Plaintiff's Complaint.

13. Defendants deny the allegations in Paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations in Paragraph 14 of Plaintiff's Complaint.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 15 and leave Plaintiff to its proof thereof.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 16 and leave Plaintiff to its proof thereof.

17. Defendants admit the allegations in Paragraph 17 of Plaintiff's Complaint.

## COUNT I
## (BREACH OF CONTRACT)

18. Defendants' responses to Paragraphs 1-17 are incorporated by reference as if fully set forth herein.

19. Defendants deny the allegations in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations in Paragraph 20 of Plaintiff's Complaint.

21. Defendants deny the allegations in Paragraph 21 of Plaintiff's Complaint.

22. Defendants deny the allegations in Paragraph 22 of Plaintiff's Complaint.

WHEREFORE Defendants Henry Rosciti and A.H.R Utility Corp. pray this Honorable Court issue a judgment in their favor DENYING Plaintiff's prayer for judgment and award Defendants all costs incurred in their defense of this action, including but not limited to attorneys' fees, as the Court deems just and proper.

## COUNT II
## (SPECIFIC PERFORMANCE)

23. Defendants' responses to Paragraphs 1-22 are incorporated by reference as if fully set forth herein.

24. Defendants deny the allegations in Paragraph 24 of Plaintiff's Complaint.

25. Defendants deny the allegations in Paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the allegations in Paragraph 26 of Plaintiff's Complaint.

WHEREFORE Defendants Henry Rosciti and A.H.R. Utility Corp. pray this Honorable Court issue a judgment in their favor DENYING Plaintiff's prayer for relief and award

Defendants all costs incurred in defense of this action, including but not limited to attorneys' fees, as the Court deems just and proper.

**COUNT III**
**(DECLARATORY JUDGMENT)**

27. Defendants' responses to Paragraphs 1-27 are incorporated by reference as if fully set forth herein.

28. Paragraph 28 states a legal conclusion to which no responsive pleading is required. To the extent that a responsive pleading may be required, Defendants deny the allegations in Paragraph 28 of Plaintiff's Complaint.

29. Defendants deny the allegations in Paragraph 29 of Plaintiff's Complaint.

WHEREFORE Defendants pray that this Honorable Court DENY the relief requested by Plaintiff in its complaint and render judgment in favor of Defendant together with an award of all costs incurred in defense of this action, including but not limited to attorneys' fees, as the Court deems just and proper.

Respectfully Submitted,
DEFENDANTS HENRY V.ROSCITI, JR. AND A.H.R. UTILITY CORP.
By their Attorneys

/s/ Paul J. Moretti Sr.

Joseph DeAngelis (#1395)
Paul J. Moretti Sr. (# 7433)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
(401) 456-1257
(401) 456-1210 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of August, 2006, I mailed a copy of the within Answer of Defendants Henry V. Rosciti and A.H.R. Utility Corp. by first-class mail, postage prepaid, to the following:

W. Mark Russo. Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo, P.C.
55 Pine St., 4th Floor
Providence, RI 02903

Fred Connelly,Esq.
Kevin Cain, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Jonathan Savage, Esq.
Schechtman, Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860

______________________________