UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendant | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**PLAINTIFF, THE HANOVER INSURANCE GROUP'S MOTION TO CONSOLIDATE**

NOW COMES, Plaintiff, The Hanover Insurance Group ("Hanover"), by and through counsel, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and hereby moves this court for an order consolidating this action with the action entitled Anthony F. Rosciti, Jr. and Shannon B. Rosciti v. The Hanover Insurance Group; South Shore Utility Contractors, Inc. by and through Jonathan M. Savage, Esq., duly appointed permanent receiver of South Shore Utility Contractors, Inc.; Henry V. Rosciti; and A.H.R. Utility Corporation, which action was recently removed from Providence Superior Court (C.A. #: PC06-4021) to this Court under cause of action 06-392T.

In support of the within motion, Hanover submits the accompanying memorandum.

Respectfully submitted,

THE HANOVER INSURANCE GROUP

By their attorney,

/s/ Kevin C. Cain

Kevin C. Cain, #3960
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
[617] 951.2100

Dated: September 15, 2006

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of September, 2006, the foregoing was filed electronically and is available for viewing and downloading from the ECF system.

A copy has also been served upon Christopher Mulhearn, Ferrucci & Russo, P.C.; Joseph DeAngelis, Tillinghast Licht, LLP.; and Jonathan Savage of Shechtman, Halperin, Savage, LLP by first-class, postage pre-paid mail on the same date.

/s/ Kevin C. Cain
Kevin C. Cain

PABOS2:RRITLAN:645554_1
2114-91630