UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs. C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; SHANNON ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,

Defendants

DEFENDANTS, ANTHONY F. ROSCITI, JR. & SHANNON B. ROSCITI'S OBJECTION TO PLAINTIFF'S MOTION TO CONSOLIDATE

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively, the "Roscitis"), by and through counsel, and hereby object to Plaintiff, The Hanover Insurance Group's ("Hanover") motion to consolidate the above-entitled action with that recently removed action now pending in this Court, which said case is more commonly known, and identified, as *Anthony F. Rosciti, Jr., et al. v. The Hanover Insurance Group et al.*, C.A. No.: 06-392/T.

In support of the within objection, the Roscitis submit the accompanying memorandum.

Respectfully submitted,

Anthony F. Rosciti, Jr. & Shannon Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Date: September 28, 2006

## Certification

I hereby certify that on this 29th day of September, 2006, the foregoing was served upon **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Jonathan N. Savage, Esq.**, via e-mail @ jsavage@shlawri.com; and **Randall L. Souza, Esq.**, via e-mail @ rsouza@shlawri.com.

/s/ Christopher M. Mulhearn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs. C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; SHANNON ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,

Defendants

DEFENDANTS, ANTHONY F. ROSCITI, JR. & SHANNON B. ROSCITI'S MEMORANDUM IN SUPPORT OF OBJECTION TO PLAINTIFF'S MOTION TO CONSOLIDATE

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively the "Roscitis"), by and through counsel, and hereby submit the within memorandum in support of their accompanying objection to Plaintiff, The Hanover Insurance Group's ("Hanover") motion to consolidate the above-entitled action with that other pending matter, which was recently removed from the Providence County Superior Court, that is more commonly known, and identified, as *Anthony F. Rosciti, Jr., et al. v. The Hanover Insurance Group, et al.*, C.A. No.: 06-392/T (the "State Action").

In the first instance, Hanover's motion to consolidate is premature insofar as the Roscitis, as well as South Shore Utility Contractors, Inc. ("South Shore"), by and through its duly appointed Permanent Receiver, Jonathan N. Savage, Esq. (the "Receiver"), have moved this Court, pursuant to 28 U.S.C. §1447, to remand the State Action to the Providence County Superior Court. No action has been taken and/or any determination made with respect to these motions to remand as of this date. Thus, Hanover's request for consolidation at this juncture is not ripe for determination insofar as to the extent that this Court were to grant either or both of the pending motions to remand such a discussion would render Hanover's motion to consolidate moot.

Even more, this Court has yet to take action with respect to the Roscitis' motion to dismiss the instant action, or, in the alternative, to stay the same pending an adjudication on the merits of

the State Action. Again, were this Court to grant any of the relief sought by the Roscitis in their motion to dismiss, or, in the alternative, motion to stay, again, Hanover's motion to consolidate would be rendered moot.

Finally, prior to removal of the State Action to this Court, the Superior Court granted the Roscitis' motion to consolidate the State Action with the pending South Shore receivership proceeding, and, in doing so, the Superior Court determined there were common issues of law and/or fact, as well as an interplay or interrelation by and between the State Action and the receivership relative to certain of South Shore's claims and/or property interests. Accordingly, consolidation of the State Action with the above-entitled action would now be imprudent, as well as contrary to the interests of a judicial economy.

Notwithstanding the within, the Roscitis reserve the right to further supplement and/or amend the within memorandum when, and if, the same becomes necessary or appropriate depending upon the outcome of the Roscitis' and the Receiver's pending motions to remand.

WHEREFORE for the foregoing reasons, the Roscitis respectfully pray that this Court enter an order denying Hanover's motion to consolidate, that this Court award to the Roscitis any and all attorneys' fees and other costs incurred in the preparation and prosecution of their objection to Hanover's motion to consolidate, and that this Court award to the Roscitis such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr. & Shannon B. Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Date: September 28, 2006

Certification

I hereby certify that on this 29th day of September, 2006, the foregoing was served upon **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Jonathan N. Savage, Esq.**, via e-mail @ jsavage@shlawri.com; and **Randall L. Souza, Esq.**, via e-mail @ rsouza@shlawri.com.

/s/ Christopher M. Mulhearn