UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP

      v.                         CA No. 06-276-T

ANTHONY F. ROSCITI, JR.,
SHANNON ROSCITI, HENRY V.
ROSCITI, and AHR UTILITY
CORPORATION

## ORDER DENYING MOTION TO DISMISS

      The motion of defendants Anthony F. Rosciti, Jr., and Shannon Rosciti to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) (Document No. 3) is hereby DENIED.

                                                   By Order

                                               /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: November 1, 2006