UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs. C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI;
and A.H.R.UTILITY CORPORATION,

Defendants

# STIPULATION

BY AGREEMENT OF THE PARTIES HERETO, Defendant, Anthony F. Rosciti, Jr., ("A. Rosciti") shall have up to, and including, Wednesday, July 18, 2007, within which to answer or otherwise respond to Plaintiff, The Hanover Insurance Group's ("Hanover") interrogatories and requests for production of documents, respectively, served in connection with the above-entitled action.

Agreed, Consented & Stipulated To:

The Hanover Insurance Group

By its Attorneys,

Kevin C. Cain (#3960)
John P. Connelly, *pro hac vice*
**Peabody & Arnold, LLP**
30 Rowes Wharf
Boston, MA 02110
Tel. (617) 951-2100
Fax: (617) 951-2125

Anthony F. Rosciti, Jr.

By his Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778