**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **THE HANOVER INSURANCE GROUP,**<br><br>**Plaintiff**<br><br>**vs.**<br><br>**ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,**<br><br>**Defendants** | : | **C.A. No.: 06-276/T** |
| **ANTHONY F. ROSCITI, JR.; AND SHANNON B. ROSCITI,**<br><br>**Plaintiffs**<br><br>**vs.**<br><br>**THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; and AHR UTILITY CORPORATION,** | : | **C.A. No. 06-392/T** |

**Notice to Take Deposition**

**To:** **Mr. Paul DeLong, Earth Tech, Inc.**
c/o Registered Agent – CT Corporation System
10 Weybosset Street
Providence, RI 02903

Rhode Island Court Reporting
747 North Main Street
Providence, RI 02904

**PLEASE TAKE NOTICE** that at **1:00 p.m. on August 10, 2007,** at the law offices of Ferrucci Russo P.C., 55 Pine Street, 4th Floor, Providence, Rhode Island, 02903, Plaintiffs, by and through their legal counsel, will take the deposition of **Paul DeLong** by stenographic means

before an officer authorized to administer oaths. The deposition will continue from day to day until completed.

Respectfully submitted,

Anthony F. Rosciti, Jr. and Shannon B. Rosciti

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawric.om

Dated: July 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via e-mail on the following on this 27th day of July, 2007:

**Kevin C. Cain, Esq. –** kcain@peabodyarnold.com

**John P. Conley, Esq. –** jconnelly@peabodyarnold.com.

**Paul J. Moretti, Sr. –** pmoretti@tllaw.com; rarsac@tllaw.com

**Joseph DeAngelis, Esq. –** jdeangelis@tllaw.com.

**Ronald E. Ritland, Esq. –**rritland@peabodyarnold.com;

/s/ Christopher M. Mulhearn