UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE HANOVER INSURANCE GROUP,**<br><br>**Plaintiff**<br><br>**vs.**<br><br>**ANTHONY F. ROSCITI, JR.; HENRY V. ROSCITI; and A.H.R.UTILITY CORPORATION,**<br><br>**Defendants** | **C.A. No.: 06-276/T** |
| **ANTHONY F. ROSCITI, JR.; AND SHANNON B. ROSCITI,**<br><br>**Plaintiffs**<br><br>**vs.**<br><br>**THE HANOVER INSURANCE GROUP; SOUTH SHORE UTILITY CONTRACTORS, INC., by and through Jonathan N. Savage, Esq., duly appointed Permanent Receiver of South Shore Utility Contractors, Inc.; HENRY V. ROSCITI; And AHR UTILITY CORPORATION,**<br><br>**Defendants** | **C.A. No.: 06-392/T** |

**ANTHONY F. ROSCITI, JR'S MOTION TO FURTHER ENLARGE TIME WITHIN WHICH TO ANSWER PLAINTIFF'S INTERROGATORIES**

NOW COMES Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby moves this Court for an order further enlarging the time within which Rosciti may answer or otherwise respond to Plaintiff, The Hanover Insurance Group's ("Hanover")

interrogatories propounded upon Rosciti in connection with the above-entitled action, up to, and including, August 6, 2007.

Rosciti submits that it is necessary for him to access and review those documents and/or items in the custody, control and/or possession of Superior Court-appointed Receiver of South Shore Utility Constructions, Inc. ("South Shore") in order to completely and accurately answer Hanover's interrogatories. Rosciti anticipates that he will need some additional time to access and review the pertinent documents and/or items currently held by Receiver for this purpose. Moreover, no party will be prejudiced should the relief sought herein be granted insofar as no Court-imposed discovery "deadlines" are implicated.

WHEREFORE, Rosciti respectfully prays that this Court enter an order enlarging the time within which he may answer or otherwise respond to Hanover's interrogatories up to, and including, August 6, 2007, and that this Court award to Rosciti such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: July 30, 2007

# CERTIFICATION

I hereby certify that on this 30th day of July, 2007, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@tllaw.com; **Paul J. Moretti, Esq.**, via e-mail @ pmoretti@tllaw.com; and **John P. Connelly, Esq.**, via e-mail @ jconnelly@peabodyarnold.com.

/s/ Christopher M. Mulhearn