**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP,<br>Plaintiff | : | |
| vs. | : | C.A. No.:06-276T |
| ANTHONY F. ROSCITI, JR., SHANNON B.<br>ROSCITI, HENRY V. ROSCITI, JR. and<br>A.H.R. UTILITY CORP.<br>Defendants | : | |

**MOTION TO CONTINUE SETTLEMENT CONFERENCE**

NOW COMES Henry V. Rosciti Jr. and A.H.R. Utility Corporation, Defendants in the above captioned matter, and respectfully request that the settlement conference scheduled with Magistrate Judge Lincoln Almond for October 2, 2007, be continued for thirty (30) days, and that the deadline for the filing of the pre-conference memorandum, September 26, 2007, be reset in accordance with this request. The reason for this request is that Defendants Henry Rosciti and A.H.R. Utility are still in the process of compiling information at the request of counsel for Plaintiff that may aid in the settlement of this matter.

Counsel for Henry Rosciti and A.H.R. Utility has conferred with counsel for Anthony Rosciti and Shannon Rosciti who has no objection to this request. Counsel has notified counsel

for Hanover regarding this request.

Respectfully Submitted,
DEFENDANTS HENRY V.ROSCITI, JR. AND A.H.R. UTILITY CORP.
By their Attorneys

/s/ *Paul J. Moretti Sr.*
Joseph DeAngelis (#1395)
Paul J. Moretti Sr. (# 7433)
TILLINGHAST LICHT LLP
Ten Weybosset Street
Providence, Rhode Island 02903
(401) 456-1257
(401) 456-1210 (fax)
pmoretti@tllaw.com

**Certificate of Service**

I certify that all parties have consented that all papers required to be served may be served and filed electronically. I further certify that a copy of the Motion to Continue Settlement Conference was electronically served on September 24, 2007, on the following parties:

Kevin C. Cain, Esq. - kcain@peabodyarnold.com
John P. Connelly, Esq. - jconnelly@peabodyarnold.com
Ronald Ritland, Esq. - rritland@peabodyarnold.com
Christopher Mulhearn, Esq. - cmulhearn@frlawri.com

and by First Class Mail to the following:

Jonathan Savage, Esq.
Schechtman Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860

/s/ *Paul J. Moretti Sr.*