**Ronald E. Ritland**

**From:** Ronald E. Ritland
**Sent:** Monday, August 20, 2007 10:03 AM
**To:** 'Christopher Mulhearn, Esq.'
**Subject:** Conference tomorrow

Confirming, we will discuss the Hanover v. Rosciti case tomorrow at 11am, in anticipation of the pretrial conference Wednesday. Also, you had previously indicated that all discovery responses would be in my office by August 15. They have not arrived. The Interrogatories and Requests were served in May. We need your client's responses and documents now. Additionally, I have a conflict on the deposition date you set for Mr. Quinn for August 30.

*Ronald E. Ritland, Esq.*
*Peabody and Arnold, LLP*
*30 Rowes Wharf*
*Boston, MA 02110*
*Phone: 617-951-2011*
*Fax: 617-235-3570*



**EXHIBIT 4**