**Ronald E. Ritland**

---

**From:** Christopher Mulhearn, Esq. [cmulhearn@frlawri.com]

**Sent:** Friday, October 05, 2007 2:19 PM

**To:** Ronald E. Ritland

**Subject:** The Hanover Insurance Group v. Anthony F. Rosciti, Jr., et al., C.A. No.: 06-276/T

Dear Ron:

We are in receipt of your most communication in connection with the above-identified action, including your client's answers to interrogatories and responses to request for production of documents,. Thank you for your courtesy in this regard.

Although you have requested that we provide you with our outstanding discovery by the close of business today, we will not be able to do so. Simply put, I have been involved in a protracted litigation matter, which only concluded yesterday afternoon. Thus, we still need to finalize these discovery responses before providing the same to you. accordingly, we write in order to advise you that you will have the same in hand by no later than Friday, October 10th. As such, there will be no need for you to file a motion to compel this discovery.

Additionally, by the end of next week, we will provide you with alternative dates and times for Mr. Rosciti's deposition. Likewise, we would ask that you have available for us alternative dates and times for the taking of Mr. Quinn's deposition. Finally, we should coordinate our schedules in order to reschedule the previously noticed of depositions of representatives of Earth Tech.

Thank you for your continued courtesy, cooperation and prompt attention to this matter.

Ferrucci Russo P.C.
**Counsellors at Law**

***Christopher M. Mulhearn***
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

This e-mail message is subject to attorney-client privilege and contains information intended only for the person(s) named above. If you receive this transmission in error, please notify us immediately. Destroy the original message and all copies.



**EXHIBIT 5**