UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

| | |
|---|---|
| THE HANOVER INSURANCE GROUP<br>Plaintiff<br><br>v.<br><br>ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION<br>Defendant | CIVIL ACTION NO. 1:06-cv-00276-T-LDA |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned counsel for Plaintiff, The Hanover Insurance Group, hereby give notice of their change of address effective October 26, 2007. Counsel request that all pleadings, orders and other correspondence in this matter be served on them at the below address.

Respectfully submitted,

THE HANOVER INSURANCE GROUP,

By its attorneys,

/s/ Ronald E. Ritland
Ronald E. Ritland (*pro hac vice*)
Frederick E. Connelly, Jr., #6772
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100

DATED: October 24, 2007

**CERTIFICATE OF SERVICE**

I, Ronald E. Ritland, hereby certify this 24th day of October 2007 that I served the within Notice of Change of Address by causing a copy thereof to be sent electronically to the registered participants in this case, and paper copies mailed via first class, postage prepaid to the non-registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF).

/s/Ronald E. Ritland
Ronald E. Ritland (*pro hac vice*)

669244_1
2114-92646