UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **THE HANOVER INSURANCE GROUP,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 06-276/T** |
| **ANTHONY F. ROSCITI, JR.; SHANNON B. ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,** | : | |
| **Defendants** | : | |

**ANTHONY F. ROSCITI, JR.'S OBJECTION TO THE HANOVER INSURANCE GROUP'S MOTION FOR ATTORNEYS' FEES**

NOW COMES Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), by and through counsel, and hereby objects to Plaintiff, The Hanover Insurance Group's ("Hanover") motion for attorneys' fees in connection with the above-identified action.

Respectfully submitted,

Anthony F. Rosciti, Jr.

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: November 28, 2007

## CERTIFICATION

I hereby certify that on this 28th day of November, 2007, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; and **Paul J. Moretti, Esq.**, via e-mail @ pmoretti@tllaw.com.

/s/ Christopher M. Mulhearn