UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs.

C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; SHANNON B. ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,

Defendants

**DEFENDANTS' LIMITED ASSENT TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

NOW COMES Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively, the "Roscitis"), as well as Henry V. Rosciti, Jr. ("H. Rosciti") and A.H.R. Utility Corporation ("A.H.R.") and each of them, by and through counsel, and hereby assent to Plaintiff, The Hanover Insurance Group's ("Hanover") motion to modify this court's scheduling order only to the extent that Hanover seeks to enlarge the previously established discovery closure date up to, and including, April 14, 2008, and, further, to enlarge the time within which the parties may file motions for summary judgment up to, and including, May 4, 2008.

Although the parties are in agreement that an enlargement of the discovery closure date is appropriate in the instant, and that no prejudice will inure to the detriment of any party as a result thereof, the Defendants, however, take exception with certain of the misleading statements and/or disingenuous characterizations asserted by Hanover in its motion.

In particular, the Roscitis take issue with Hanover's misleading statement that the "Roscitis [sic] counsel has not yet made his clients available for deposition". In fact, to the contrary, Hanover indicated on several occasions that it wanted to complete written discovery before taking either of the Roscitis' depositions. Without exception, the Roscitis are, and always have been, available for deposition any time Hanover wishes to commence, and conduct, the same.

Secondly, Hanover's representation that H. Rosciti and A.H.R.'s recently amended answer "radically changed the defenses propounded" by those parties is not altogether accurate, and thus, disingenuous. Simply put, H. Rosciti and A.H.R. have advanced, by and large, the very same claims and/or defenses as had been previously asserted by the Roscitis from the very outset of the instant litigation. Thus, although the claims and/or defenses asserted by H. Rosciti and A.H.R. may be "new" to them, they are certainly not "new" to Hanover. As such, any suggestion that the same may have changed or altered the dynamic of the instant dispute is simply misplaced.

WHEREFORE, and notwithstanding the foregoing, the Defendants, and each of them, assent to an enlargement of the disclosure of the discovery closure date up to, and including, April 14, 2008, and an enlargement of the time within which the parties may file motions for summary judgment up to, and including, May 4, 2008,[1] and that this Court award to the Defendants such other further relief as this Court may deem fair, just and reasonable.

---

[1] Although Hanover's motion to modify scheduling order property requests that the time within which the parties may file motions for summary judgment be enlarged to twenty (20) following April 14, 2008, the subject motion incorrectly identifies the proposed new date as April 4, 2008, instead of May 4th.

Respectfully submitted,

Anthony F. Rosciti, Jr. &
Shannon B. Rosciti

By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Henry V. Rosciti and
A.H.R. Utility Corporation

By their Attorneys,

/s/ Paul J. Moretti, Sr.
Paul J. Moretti, Sr. (#7433)
**Tillinghast Licht, LLP**
Ten Weybosset Street
Providence, RI 02903
Tel.: (401) 456-1200
Fax: (401) 456-1210
Email: pmoretti@tllaw.com

Dated: December 20, 2007

## CERTIFICATION

I hereby certify that on this 20th day of December, 2007, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; and **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com.

/s/ Christopher M. Mulhearn