**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THE HANOVER INSURANCE GROUP,
Plaintiff,

v.

CIVIL ACTION
NO. 1: 06-cv-0276-T-LDA

ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION,
Defendants.

**WITHDRAWAL OF APPEARANCE**

Paul J. Moretti Sr. hereby withdraws his appearance as counsel to defendants, Henry V. Rosciti, Jr. and AHR Utility Corporation.

/s/ *Paul J. Moretti Sr.*

Paul J. Moretti Sr. (#7433)
Tillinghast Licht LLP
10 Weybosset Street
Providence, Rhode Island 02903
(401) 456-1232
(401) 456-1210 (fax)

Dated: April 21, 2008

## Certificate of Service

I certify that on April 21, 2008 the Withdrawal of Appearance was served electronically on the following parties:

Kevin C. Cain, Esq. - kcain@peabodyarnold.com
John P. Connelly, Esq. - jconnelly@peabodyarnold.com
Ronald Ritland, Esq. - rritland@peabodyarnold.com
Christopher Mulhearn, Esq. - cmulhearn@frlawri.com

and by First Class Mail to the following:

Jonathan Savage, Esq.
Schechtman, Halperin Savage, LLP
1080 Main St.
Pawtucket, RI 02860

/s/ Paul J. Moretti Sr.

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;460311;1