**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE HANOVER INSURANCE GROUP, Plaintiff, | : | |
| v. | : | 1:06-cv-0276-T-LDA |
| ANTHONY F. ROSCITI, JR., SHANNON B. ROSCITI, HENRY V. ROSCITI, JR. and AHR UTILITY CORPORATION, Defendants. | : | |

ENTRY OF APPEARANCE

I , Joseph DeAngelis, Esq., hereby enter my appearance on behalf of Defendants, Henry V. Rosciti, Jr. and AHR Utility Corporation.

/s/ *Joseph DeAngelis*

Joseph DeAngelis (#1395)
Tillinghast Licht, LLP
10 Weybosset Street, 10th FL
Providence, RI 02903
401-456-1200
401-456-1210 (fax)

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2008, the within Entry of Appearance was served electronically on the following parties:

Kevin C. Cain, Esq. - kcain@peabodyarnold.com
John P. Connelly, Esq. - jconnelly@peabodyarnold.com
Ronald Ritland, Esq. - rritland@peabodyarnold.com
Christopher Mulhearn, Esq. - cmulhearn@frlawri.com

and by First Class Mail to the following:

Jonathan Savage, Esq.
Schechtman, Halperin, Savage, LLP
1080 Main St.
Pawtucket, RI 02860

/s/ *Joseph DeAngelis*