STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

G. DONALDSON CONSTRUCTION CO., INC., :

v. : C.A. No.: 05-5623

SOUTH SHORE UTILITY CONTRACTORS, INC. :
and THE HANOVER INSURANCE COMPANY :

**COMPLAINT**

**Parties**

1. Plaintiff, G. Donaldson Construction Co., Inc. ("Donaldson"), is a Rhode Island corporation with a principal place of business in Cumberland, Rhode Island.

2. Defendant, South Shore Utility Contractors, Inc. ("South Shore"), is a Rhode Island corporation with a principal place of business in Johnston, Rhode Island.

3. Upon information and belief, defendant, The Hanover Insurance Company ("Hanover"), is a surety qualified to do business in the State of Rhode Island.

**Facts**

4. In May 2005, Donaldson and South Shore negotiated an agreement whereby Donaldson was to perform certain construction work for South Shore on the project known as Pawtucket Water Treatment Facility - Package No. 2 ("the Project").

5. Donaldson's work was to provide certain labor, equipment and materials to install temporary soil nail earth support, all excavation, dewatering and other work, including providing items of special conditions.

6. Donaldson performed its work satisfactorily and without objection.

7. Donaldson has demanded from South Shore the balance of its contract in the sum of $536,012.22, which sum South Shore has refused to pay.

Quinn Affidavit
EXHIBIT 4

8. Hanover provided a Payment Bond, a copy of which is attached hereto as EXHIBIT A.

COUNT I
**(Breach of Contract)**

9. Plaintiff hereby incorporates paragraphs 1 through 8 of this complaint as if set forth in full herein.

10. South Shore is refusing to pay Donaldson the balance of its contract which constitutes a breach of contract.

WHEREFORE, plaintiff, G. Donaldson Construction Co., Inc. demands that judgment be entered in its favor and against the defendant, South Shore Utility Contractors, Inc. in the amount of $536,012.22 plus attorneys fees, interest and costs as this court deems fit and just.

COUNT II
**(Unjust Enrichment)**

11. Plaintiff hereby incorporates paragraphs 1 through 10 of this complaint as if set forth in full herein.

12. To the extent that Donaldson has provided labor, equipment and materials to South Shore without receiving fair payment for said labor, equipment and materials, South Shore has been unjustly enriched at Donaldson's expense.

WHEREFORE, plaintiff, G. Donaldson Construction Co., Inc. demands that judgment be entered in its favor and against the defendant, South Shore Utility Contractors, Inc. in the amount of $536,012.22 plus attorneys fees, interest and costs as this court deems fit and just.

**COUNT III**
**(Bad Faith)**

13. Plaintiff hereby incorporates paragraphs 1 through 12 of this complaint as if set forth in full herein.

14. Donaldson made demand upon Hanover pursuant to its payment bond, a copy of which is attached hereto.

15. Hanover has not responded to Donaldson and further has not made a due diligent investigation in relation to Donaldson's claim.

16. Hanover is acting in bad faith.

WHEREFORE, plaintiff, G. Donaldson Construction Co., Inc. demands that judgment be entered in its favor and against the defendant, The Hanover Insurance Company for its contract balance due from defendant, South Shore Utility Contractors, Inc., plus interest, costs and damages as a result of the bad faith actions or actions of The Hanover Insurance Company.

*Plaintiff files this complaint as a provisional remedy without waiving its arbitration rights pursuant to the subcontract agreement and Rhode Island law.*

Plaintiff
*G. Donaldson Construction Co., Inc.*
By its Attorney:

Girard R. Visconti, Esquire (#0566)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
***Phone***: 401/331-3800
***Facsimile***: 401/421-9302

Dated: October 31, 2005