# THE McCARTHY LAW FIRM

Robert F. McCarthy

P.O. Box 11-383
Albany, New York 12211
Phone (518) 785-3841
Facsimile (518) 785-0125

March 3, 2006

CERTIFIED MAIL

South Shore Utility Contractors, Inc.
P.O. Box 19610
Johnston, RI 02919

| | | |
|---|---|---|
| Re: | Owner- | O. Ahlberg & Sons, Inc. |
| | Contractor- | South Shore Utility Contractors, Inc. |
| | Claimant- | Vellano Bros., Inc. |
| | Project- | Pawtucket Water Treatment Facility Package No. 2A |
| | Bond No.- | BCN 1742235 |

Dear Sir:

Please be advised that I have been retained by and represent Vellano Bros., Inc., in the above matter. My client provided South Shore Utility Contractors, Inc. goods and services that were utilized in the above project. Vellano has not been paid for the goods and services and currently is owed Seven Hundred Fifty-Five Thousand Seven Hundred Twenty-Five 01/00 dollars ($755,725.01).

Accordingly, Vellano hereby makes a claim in the above amount against the Labor and Material Bond issued for the project. Please advise as to what documentation will be needed to help substantiate my client's claim and I will forward the same.

Thank you in advance for your cooperation in this matter.

Very truly yours,

R F McCarthy

Robert F. McCarthy

CC: Hanover Insurance Co.
O. Ahlberg & Sons
Earth Tech

Quinn Affidavit
EXHIBIT 5