**SOUTH SHORE UTILITY CONTRACTORS, INC.**

ROSCITI

April 13, 2006

**VIA FACSIMILE**
**and REGULAR MAIL**

Paul Delong
Project Contract Managers / Earth Tech, Inc.
Field Office: Pawtucket Regional Water Treatment Facility
85 Branch Street
Pawtucket, RI 02860

Re: Principal: South Shore Utility Contractors, Inc.
Overall Project: Pawtucket Waste Water Treatment Facility ("Project")

Phases:

| Package Numbers | Bond Number |
|---|---|
| 2 | 1742233 |
| 16 | 1742236 |
| 8 | 1746082 |
| 11, 12 | 1746081 |
| 2A | 1742235 |

**NOTICE OF VOLUNTARY DEFAULT AND LETTER OF DIRECTION**

Dear Mr. Delong:

This is to advise you that the South Shore Utility Contractors, Inc. ("Principal"), contractor on the above listed Phases on the above-referenced construction Project, is financially unable to perform or complete the performance of the work on the above Project, and is therefore in default of its contractual obligations under the Project. The Principal hereby irrevocably and voluntarily terminates the construction contract effective upon your receipt of this letter. The Principal hereby waives any applicable cure period or any other contractual provision that may be required under the contract prior to the Obligee's termination of the contract.

Further, the Principal hereby irrevocably directs that any and all payments due or to become due of any kind or nature on the Principal's account of the above Project be made payable solely at the direction of The Hanover Insurance Group ("Surety"), which is the Surety on the above Performance and Payment Bonds on the above Project. Please be advised that this direction is irrevocable by the Principal and that the Surety agrees to this arrangement. Furthermore, there will be no modification or change in these instructions without the written authorization and express consent of the Surety.

44 Maria Avenue • PO Box 19810 • Johnston, RI 02919 • Tel: 401.453.2336 • Fax: 401.453.2833

Quinn Affidavit
EXHIBIT 9

The Surety will be in contact with you shortly concerning the arrangements for completion of all remaining work under the above bonds. As we have discussed, South Shore Utility can seamlessly transition its work to Rosciti Construciton Co., LLC without any impact to the performance or schedule.

Finally, the Surety requests that the Obligee acknowledge formally that the work under Bond 1746081, concerning Phases 11 and 12, has been deleted from the Principal's contract pursuant to Change Order 5, dated March 10, 2006. As such, the Surety requests that the Obligee return said bond to the Surety and acknowledge it is of no further force or effect.

Sincerely,

Anthony F. Rosciti, Jr., President
South Shore Utility Contractors

cc: The Hanover Insurance Group

SOUTH SHORE UTILITY CONTRACTORS, INC.

ROSCITI
A ROSCITI COMPANY

April 13, 2006

**VIA FACSIMILE**
**and REGULAR MAIL**

Diane Herndon
Senior Associate General Counsel
AMTRAK
60 Massachusetts Avenue, NE
Washington, DC 20002

RE: Principal: South Shore Utility Contractors, Inc.
Bond: 1754826
Project: Amtrak Freight Rail Improvement Project – 24 Inch Water Main Relocation, Providence, RI

**NOTICE OF VOLUNTARY DEFAULT AND LETTER OF DIRECTION**

Dear Ms. Herndon:

This is to advise you that the South Shore Utility Contractors, Inc. ("Principal"), contractor on the above construction project ("Project"), is financially unable to perform or complete the performance of the work on the above Project, and is therefore in default of its contractual obligations under the Project. The Principal hereby irrevocably and voluntarily terminates the construction contract effective upon your receipt of this letter. The Principal hereby waives any applicable cure period or any other contractual provision that may be required under the contract prior to the Obligee's termination of the contract.

Further, the Principal hereby irrevocably directs that any and all payments due or to become due of any kind or nature on the Principal's account of the above Project be made payable solely at the direction of The Hanover Insurance Group ("Surety"), which is the Surety on the above Performance and Payment Bonds on the above Project. Please be advised that this direction is irrevocable by the Principal and that the Surety agrees to this arrangement. Furthermore, there will be no modification or change in these instructions without the written authorization and express consent of the Surety.

The Surety will be in contact with you shortly concerning the arrangements for completion of all remaining work under the above bonds.

Sincerely,

Anthony F. Rosciti, Jr., President
South Shore Utility Contractors

cc: The Hanover Insurance Group