WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587694

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

| DJ FF | CLAIM NUMBER | FEAT | CLASS LETTER | | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | | South Shore Utility |
| | POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
| | BCN 1742233 | 01 | 96 | | G. Donaldson Construction |
| | DATE OF LOSS | PAYEE | IN PAYMENT OF | | |
| | 10/19/05 | | Settlement of claim 24183 | | |

VOID AFTER 6 MONTHS

PAY → ***76,397.28***

PAY Seventy Six Thousand Three Hundred Ninety Seven and 28/100

DATE ISSUED August 2, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF G. Donaldson Construction Company, Inc.

SIGNATURE Joseph P. Quinn

096

000-2079

| ESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| RIVER'S NAME | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| GENT | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| TY | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| TATE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| NDERWRITING OFFICE | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ. OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| ~~00~~ | ~~24183~~ | ~~01~~ | ~~Surety~~ | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | ~~G. Donaldson Construction~~ |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| ~~10/19/05~~ | | ~~Offer of Judgment G Donaldson~~ |

WORCESTER

AMERICA FINANCIAL• CITIZENS INSURANCE• ALLMERICA FINANCIAL• TOWER INSURANCE•

CHECK NO. 81583890

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**
Executive Office: Worcester, Massachusetts 01653

PAY Four Hundred Forty Three Thousand Six Hundred Two 72/100

VOID AFTER 6 MONTHS

PAY→ ***443,602.72***

DATE ISSUED: May 10, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
Providence Superior Court
Clerk of Court

SIGNATURE: [signature] 094

Robert K. Grennan 000-8123

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Payment in full on bond claim 24183 |

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587737

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Company**

Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS

PAY → ***16,316.00***

PAY Sixteen Thousand Three Hundred Sixteen and 00/100

DATE ISSUED August 8, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF
PRM Concrete Corp.
Darlington Station
P.O. Box 2190
Pawtucket, RI 02861

096

SIGNATURE
Joseph P. Quinn

000-2079

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

| | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE | | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 024183 | 01 | Surety | South Shore Utility Contractors Pawtucket, Rhode Island |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN-1742233 | 01 | 96 | | Scituate Ray Precast |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Final Settlement of Claim on Bond |

WORCESTER

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587649

62-38 311

DEUTSCHE BANK TRUST COMPANY DELAWARE WILMINGTON, DELAWARE

**The Hanover Insurance Company**

Executive Office: Worcester, Massachusetts 01653

**PAY** Nine Thousand Fifty Five and 00/100

VOID AFTER 6 MONTHS

**PAY** → ****9,055.00****

DATE ISSUED: July 12, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF

Scitaate Ray Precast
Post Office Box 636
Marshfiled, Massachusetts 02050

096

SIGNATURE: Joseph P. Quinn

000-8208

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. C.MT (WC ONLY)

| FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|
| | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

PAYMENT - MORE THAN ONE CLAIM

| FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

| CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|
| 24183 | 01 | Surety | South Shore Utility Contr. |
| **POLICY NUMBER** | **CO** | **STAFF** / **CAT. NO.** | **CLAIMANT OR OBLIGEE NAME** |
| N 1742233 | 01 | 96 | G. Donaldson Construction |
| **DATE OF LOSS** | **PAYEE** | **IN PAYMENT OF** | |
| /19/05 | | Final Payment of bond claim | |

ALLMERICA FINANCIAL® CITIZENS INSURANCE® HANOVER INSURANCE®

CHECK NO. 81587689

62-38 311

DEUTSCHE BANK TRUST COMPANY DELAWARE WILMINGTON, DELAWARE

**The Hanover Insurance Company**

Executive Office: Worcester, Massachusetts 01653

VOID AFTER 6 MONTHS PAY→ ***15,000.00***

Y Fifteen Thousand and 00/100

TO THE ORDER OF
P.J. Keating Company
Attn: Donna St. Laurent
998 Reservoir Rd.
Lunenburg, MA 01462

DATE ISSUED July 28, 2006

ISSUED AT Worcester, Massachusetts

096

SIGNATURE

Joseph P. Quinn 000-8208

| CRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| R'S NAME / T / E / RWRITING OFFICE | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| SURANCE | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| NO | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH, A MICROPRINT LINE AND A REFLECTIVE WATERMARK ON THE BACK.

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | SURETY | SOUTH SHORE UTILITY CONTRACTORS |

| POLICY NUMBER | CO | STAFF | CAT NO | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN1742283 | 01 | 96 | | G. DONALDSON CONSTRUCTION |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | SETTLEMENT |

The Hanover Insurance Group CHECK No. 81592162

DEUTSCHE BANK TRUST COMPANY DELAWARE 62-38 / 311
WILMINGTON, DELAWARE

The Hanover Insurance Group
Executive Office: Worcester, Massachusetts 01653

PAY TWO HUNDRED THOUSAND AND 00/100

VOID AFTER 6 MONTHS PAY ➤ **200,000.00**

DATE ISSUED OCTOBER 24, 2006

TO THE ORDER OF EARTH TECH, INC

ISSUED AT WORCESTER, MASSACHUSETTS

096

SIGNATURE JOSEPH P. QUINN

000 7169

VOID VOID

⑈81592162⑈ ⑆031100380⑆ 00535320⑈

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 92 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Full & Final Payment on Bond Claim |

WORCESTER

The Hanover Insurance Group CHECK NO. 81589003

DEUTSCHE BANK TRUST COMPANY DELAWARE 62-38/311
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

PAY Three Thousand One Hundred Fifty Four and 18/100

VOID AFTER 6 MONTHS | PAY→ ***3,154.18***

DATE ISSUED: August 18, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF
International Union of Operating Engineers
Local 4 Trust Funds

092

SIGNATURE
John McDevitt

000-2079

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| WORKERS COMPENSATION | INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM: FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES | NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group. CHECK NO. 81588996

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Full & Final Settlement of Claim |

**PAY** Twenty Three Thousand Nine Hundred Seventy Four and 20/100

VOID AFTER 6 MONTHS

PAY → ***23,974.20***

DATE ISSUED: August 17, 2006

ISSUED AT: Worcester, Massachusetts

TO THE ORDER OF: Hanson Pipe & Products, Inc.

096

SIGNATURE: Joseph P. Quinn 000-2079

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

WORCESTER

The Hanover Insurance Group CHECK NO. 81592744

62-38
311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G/ Dpmaldspm Cpmstruction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| ~~10/19/05~~ | | ~~Final Settlement of bond claim~~ |

VOID AFTER 6 MONTHS

PAY → ***12, 435.70***

PAY Twelve Thousand Four Hundred Thirty Five and 70/100

DATE ISSUED 11/9/06

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF
Park Ave. Cement Block, Co. Inc.
C/O Pezza Law Offices
1220 Pontiac Ave Ste 203
Cranston, RI 02920

096

SIGNATURE
Joseph P. Quinn

000-1932

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.MT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**FIELD CLAIM OFFICE COPY**

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

887

Date Issued: 09/17/2007

Insured: SOUTH SHORE UTILITY CONTRACTOR

CHECK 03414668

For: SURETY CONTRACT & SUBDIVISION
PARTIAL CLAIM PAYMENT

Not Valid After 6 MONTHS

Pay: $*337,500.00

Authorized By: Mark C. McAvoney

538169

Pay To:
VELLANO BROTHERS

0000

Claim Number 0002431501
Adjuster 094
Policy Number BCN 1742235
Claimant VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03414668⑈ ⑆031100380⑆ 0053532O⑈

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH, A MICROPRINT LINE AND A REFLECTIVE WATERMARK ON THE BACK.

The Hanover Insurance Group CHECK NO. 81599844

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

**The Hanover Insurance Group**
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24315 | 01 | SURETY | SOUTH SHORE UTILITY CONTRACTORS |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742235 | 01 | 94 | | VELLANO BROTHERS, INC. |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 03/06/06 | | PARTIAL SETTLEMENT |

VOID AFTER 6 MONTHS PAY → ***343,793.16***

PAY THREE HUNDRED FORTY-THREE THOUSAND SEVEN HUNDRED NINETY THREE AND 16/100

DATE ISSUED: JUNE 5, 2007

ISSUED AT: WORCESTER, MA

TO THE ORDER OF: VELLANO BROTHERS, INC.

SIGNATURE: Robert K. Grennan
ROBERT K. GRENNAN 000 0102

⑈81599844⑈ ⑆031100380⑆ 005353 20⑈

**DO NOT WRITE IN THIS AREA**

ENTER THE APPLICABLE CODE IN BLOCK HEADED CO.
COMPANY CODE
1 - THE HANOVER INSURANCE CO.
2 - HANOVER AMERICA
3 - MASSACHUSETTS BAY INSURANCE CO.
6 - CITIZENS INSURANCE CO.

FORM 221-5442 (4/06)

DETACH BEFORE DEPOSITING

WORCESTER

Hanover Insurance Group CHECK NO. 81592853

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Group
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | FID#04-3164116 Inv#198467, 198133 Legal Serv |

VOID AFTER 6 MONTHS PAY → ***24,718.14***

PAY Twenty Four Thousand Seven Hundred Eighteen and 14/100

DATE ISSUED November 30, 2006

ISSUED AT Worcester, Massachusetts 096

TO THE ORDER OF Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

SIGNATURE Joseph P. Quinn 000-1932

DESCRIPTION AND CAUSE OF LOSS

VEHIC. I.D./OCCUP. CMT (WC ONLY)

FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE

DRIVER'S NAME

AGENT

CITY

STATE

UNDERWRITING OFFICE

| | WORKERS COMPENSATION INDEMNITY | MEDICAL | EXPENSE |
|---|---|---|---|
| PREVIOUS PAYMENTS | $ | $ | $ |
| AMT. THIS PAYMENT | $ | $ | $ |
| TOTAL PAID TO DATE | $ | $ | $ |
| EST. FUTURE PAYMENTS | $ | $ | $ |

| PAYMENT - MORE THAN ONE CLAIM FEATURE | CLASS LETTER | AMOUNT |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| REINSURANCE YES / NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

FIELD CLAIM OFFICE COPY

WORCESTER

ALLMERICA FINANCIAL / CITIZENS INSURANCE / HANOVER INSURANCE

CHECK NO 81577432

62-38 / 311

DEUTSCHE BANK TRUST COMPANY DELAWARE
WILMINGTON, DELAWARE

The Hanover Insurance Company
Executive Office: Worcester, Massachusetts 01653

| ADJ OFF | CLAIM NUMBER | FEAT | CLASS LETTER | INSURED OR PRINCIPAL & ADDRESS |
|---|---|---|---|---|
| 00 | 24183 | 01 | Surety | South Shore Utility Contractors |

| POLICY NUMBER | CO | STAFF | CAT. NO. | CLAIMANT OR OBLIGEE NAME |
|---|---|---|---|---|
| BCN 1742233 | 01 | 96 | | G. Donaldson Construction |

| DATE OF LOSS | PAYEE | IN PAYMENT OF |
|---|---|---|
| 10/19/05 | | Inv.#194545 FID#04-2164116 Prof.Serv. |

PAY Six Hundred Twenty Five and 00/100

VOID AFTER 6 MONTHS PAY ***625.00***

DATE ISSUED February 2, 2006

ISSUED AT Worcester, Massachusetts

TO THE ORDER OF
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

096

SIGNATURE
Kenneth E. Ciprio 0003294

| DESCRIPTION AND CAUSE OF LOSS | VEHIC. I.D./OCCUP. C.NT (WC ONLY) | FINAL | PARTIAL | SUBSEQ. PAYMENT | LOSS | EXPENSE |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER'S NAME | | WORKERS COMPENSATION | | | PAYMENT - MORE THAN ONE CLAIM | | |
|---|---|---|---|---|---|---|---|
| AGENT | | INDEMNITY | MEDICAL | EXPENSE | FEATURE | CLASS LETTER | AMOUNT |
| CITY | PREVIOUS PAYMENTS | $ | $ | $ | | | $ |
| STATE | AMT. THIS PAYMENT | $ | $ | $ | | | $ |
| UNDERWRITING OFFICE | TOTAL PAID TO DATE | $ | $ | $ | | | $ |
| | EST. FUTURE PAYMENTS | $ | $ | $ | | | $ |

| REINSURANCE YES | REINSURANCE NO | POLICY BEGINS | POLICY ENDS | REPORT DATE | PRODUCER CODE | ACCIDENT STATE | AGE | MAJOR LINE | STATUS | SUBRO/SALVAGE EXPENSE CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

FIELD CLAIM OFFICE COPY