440 LINCOLN STREET S354
WORCESTER, MA 01605

03427849

PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON
MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

567103

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 09/27/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For SURETY CONTRACT & SUBDIVISION
INV. NO. 201620

CHECK 03427849

Not Valid After 6 MONTHS
Pay $***1,008.7

Authorized By:

Pay To:
PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON
MA 02110

Claim Number 0002418301
Adjuster 0VV
Policy Number BCN 1742233
Claimant 6 DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03427849⑈ ⑆031100380⑆ 00535320⑈

03446609

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

09457C

Date Issued: 10/12/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR CHECK 03446609
For: SURETY CONTRACT & SUBDIVISION
LEGAL EXPENSE INV. NO. 201100

Not Valid After 6 MONTH
Pay $*****625.

Authorized By:

126457

Pay To:
PEABODY & ARNOLD LLP
30 ROWES WHARF
BOSTON, MA 02110

Claim Number 0002418301
Adjuster 096
Policy Number BCN 1742233
Claimant G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03446609⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03450568

PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

09457C

Date Issued: 10/16/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202054

CHECK 03450568

Not Valid After 6 MONTH
Pay $*****703.

Authorized By

135456

Pay To:
PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Claim Number 0002418301
Adjuster 0VV
Policy Number BCN 1742233
Claimant G. DONALDSON CONSTRUCTION

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03450568⑈ ⑆031100380⑆ 00535320⑈

663928

09457 (11/05)

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

862

Date Issued: 11/13/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202335

CHECK 03480672

Not Valid After 6 MONTHS
Pay $***8,507.63

VOID VOID

Pay To:
PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Authorized By: Mark C. McAuliffe

Claim Number 0002431501
Adjuster OVV
Policy Number BCN 1742235
Claimant VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03480672⑈ ⑆031100380⑆ 00535320⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S354
WORCESTER, MA 01605

03504095

PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 12/05/2007
Insured: SOUTH SHORE UTILITY CONTRACTOR
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203004

CHECK 03504095

Not Valid After 6 MONTHS
Pay: $*****664.9

Authorized By:

Pay To:
PEABODY & ARNOLD
30 ROWES WHARF
BOSTON
MA 02110

715719

Claim Number: 0002431501
Adjuster: OVV
Policy Number: BCN 1742285
Claimant: VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03504095⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

802908

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 01/11/2008

Insured: SOUTH SHORE UTILITY CONTRACTOR — CHECK 03542477

For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202651

Not Valid After 6 MONT

Pay $***7,019

Authorized By: [signature]

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVENUE
BOSTON
MA 02210

Claim Number: 0002431501
Adjuster: 0VV
Policy Number: BCN 1742235
Claimant: VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑈03542477⑈ ⑆031100380⑆ 00535320⑈