03620070

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

969865

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 03/14/2008
Insured: SOUTH SHORE UTILITY CONTRACTOR CHECK 03620070
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203515

Not Valid After 6 MONTHS
Pay $***1,748.1

Authorized By:

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number: 0002431501
Adjuster: OVV
Policy Number: BCN 1742235
Claimant: VELLANO BROTHERS

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03620070⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

03534546

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

09457 (11/05)

785387

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 01/04/2008
Insured: SOUTH SHORE UTILITY
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202329

CHECK 03534546

Not Valid After 6 MONTHS
Pay $***3,285.00

Authorized By:

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number 000243760
Adjuster 0VV
Policy Number BCN 1754826
Claimant ROSCITI CONSTRUCTION CO., LLC

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03534546⑈ ⑆031100380⑆ 005353 20⑈

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET [illegible]
WORCESTER, MA 01653

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

Date Issued: 01/08/2008

895

Insured: SOUTH SHORE UTILITY

CHECK 03538905

For: SURETY CONTRACT & SUBDIVISION
INV. NO. 202647

Not Valid After 6 MONTHS
Pay: $****4,814.50

Authorized By:

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number 0002437601
Adjuster OVV
Policy Number BCN 1754826

440 LINCOLN STREET S354
WORCESTER, MA 01605

03585162

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

895131

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 02/15/2008
Insured: SOUTH SHORE UTILITY
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203506

CHECK 03585162

Not Valid After 6 MONTH

Pay $***3,400.0

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number 0002437601
Adjuster 0VV
Policy Number BCN 1754826
Claimant ROSCITI CONSTRUCTION CO., LLC

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03585162⑈ ⑆011100380⑆ 00535320⑈

LINCOLN STREET S554
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

09457 (11/05)

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued 04/02/2008
Insured SOUTH SHORE UTILITY
For SURETY CONTRACT & SUBDIVISION
INV. NO. 203005

CHECK 03643743

Not Valid After 6 MONTHS
Pay $***6,376.30

Authorized By

270958

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number 0002437601
Adjuster OW
Policy Number BCN 1754826
Claimant ROSCITI CONSTRUCTION CO., LLC

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03643743⑈ ⑆031100380⑆ 00535320⑈

03643740

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

09457 (11/05)

Date Issued: 04/02/2008
Insured: SOUTH SHORE UTILITY
For: SURETY CONTRACT & SUBDIVISION
INV. NO. 203417

CHECK 03643740

Not Valid After 6 MONT[illegible]
Pay $***3,825.

Authorized By

270956

Pay To
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number: 0002437601
Adjuster: [illegible]
Policy Number: BCN 4754826
Claimant: ROSCITI CONSTRUCTION CO. LL[illegible]

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03643740⑈ ⑆031100380⑆ 00535320⑈

440 LINCOLN STREET S354
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

**THE HANOVER INSURANCE COMPANY**
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued 04/28/2008
Insured SOUTH SHORE UTILITY
For SURETY CONTRACT & SUBDIVISION
INV. NO. 204161

CHECK 03675854

Not Valid After 6 MONTH

Pay $***5,925.

Authorized By

Pay To
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

337820

Claim Number 0002437601
Adjuster OVV
Policy Number BCN 1754826
Claimant ROSCITI CONSTRUCTION CO. LL

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03675854⑈ ⑆031100380⑆ 0053532O⑈

03683030

THE HANOVER INSURANCE COMPANY
440 LINCOLN STREET S356
WORCESTER, MA 01605

PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Notes:

DETACH AND RETAIN TOP SECTION FOR YOUR RECORDS

THE ORIGINAL DOCUMENT CONTAINS A VOID PANTOGRAPH AND A MICROPRINT BORDER.

09457 (11/05)

351747

THE HANOVER INSURANCE COMPANY
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

Date Issued: 05/02/2008

Insured: SOUTH SHORE UTILITY &

For: SURETY CONTRACT & SUBDIVISION
INV. NO. 204533

CHECK 03683030

Not Valid After 6 MONTH

Pay $***3,950.

Authorized By

Pay To:
PEABODY & ARNOLD
600 ATLANTIC AVE.
BOSTON
MA 02210

Claim Number: 000243601
Adjuster: DWV
Policy Number: BCN 175425
Claimant: ROSCITI CONSTRUCTION CO. LL

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈03683030⑈ ⑆031100380⑆ 005353 20⑈