Q. Did South Shore prepare a response?
A. I am not sure if I did or an attorney did. I'm not sure.
Q. Did you personally?
A. Me personally, no.
Q. Now, in this letter, Hanover requested that pursuant to the Indemnity Agreement, South Shore and the indemnitors place collateral with Hanover in the amount of 1.3 three million dollars, do you recall that?
A. In the letter, yes.
Q. And did South Shore place that collateral with Hanover?
A. I don't believe so, no.
Q. Why not?
A. What do you mean why not? We didn't have the money, 1.3 million dollars, to post collateral; and we had defenses on both of these lawsuits.
Q. What was the defense that you had to the Donaldson lawsuit?
A. There was a quantity issue with Donaldson.
Q. And what was the amount of that dispute?
A. I don't recall.
Q. Was there any -- weren't there amounts that were