you at 1324 Chopmist Hill Road, North Scituate, Rhode Island?

A. Yes.

Q. Is that where you were residing in 2006?

A. Yes.

Q. Who were you residing there with at that time?

A. My mother and father.

Q. Do you recall receiving this letter?

A. I don't remember it.

Q. Do you recall that in March of 2006, Hanover made a demand on South Shore Utility and you and your cousin as indemnitors with respect to the Payment and Performance Bonds that Hanover issued on behalf of South Shore Utilities?

A. No. I don't know when the exact time was, but I was aware that we were going to -- that he was going to say that -- excuse me, that he said that we were going to be held responsible for it.

Q. And that he, being Anthony?

A. Yes, sir.

Q. When he said that to you, did you take any action to post collateral or provide any funds to Hanover?

A. I didn't have -- I don't have anything or had.

Q. You had nothing to --
A. -- no.
Q. And besides having nothing, you also didn't post or provide anything, correct?
A. No, sir.
Q. At any point in time, did you ever send any letter or other type of written document to Hanover, in response to any document that they sent you or you saw from them?
A. Personally, no.
Q. And as we sit here today, do you have any reason to doubt that you did not receive the letter that we've marked here as Exhibit No. 7?
A. No, I am not doubting it. I could have. I just don't remember it.
Q. Now, I'm going to show you what was marked as Exhibit No. 8 at the deposition of Anthony Rosciti, and ask you if you've seen that document before?
A. I don't remember this one.
Q. Now, did it come to your attention through your cousin that Hanover had requested the owners on the Pawtucket Water Treatment Plant Project and Amtrak Project to stop paying funds to South