Q. Do you understand that in that lawsuit, Hanover is seeking to recover funds which it paid concerning South Shore Utility Contractors?
A. Briefly.
Q. Do you understand that one of the parties that Hanover is seeking those funds from is you?
A. If my name is on it, yes.
Q. And you haven't paid over any monies to Hanover, correct?
A. No.
Q. Why is that?
A. Why haven't I paid them?
Q. Yes.
A. Because why would I? I have no idea what this is, so, I mean --
Q. You have no idea what the lawsuit is?
A. No.
Q. Do you have any idea -- do you have defenses in the lawsuit?
MR. MULHEARN: Objection.
You can answer.
THE WITNESS: I'm sorry?
MR. MULHEARN: You can answer. I just posed an objection for the record.

Statement of Facts
EXHIBIT F

MR. CONNELLY: I think I'm just about done.

(Pause.)

(Marked, Exhibit No. 4, Complaint.)

Q. Mrs. Rosciti, I'm going to show you what we've marked as Exhibit No. 4, copy of the complaint that Hanover filed in this lawsuit.

Have you seen that document before?

A. I can't remember. I've seen something like this when I met with him.

Q. As you said before, you understand you're a defendant in this lawsuit and that Hanover's claim in this lawsuit is for $2 million against the defendants in this lawsuit, of which you're one of them, correct?

A. Correct.

Q. As we sit here today, you can't tell me any defenses you have to that claim that Hanover has asserted against you, can you?

A. Do you mean these papers or as far as -- I'm a little confused on that question.

MR. CONNELLY: Strike that.

Q. Do you deny that you owe funds to Hanover?

A. No, I'm not denying it.