UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,

Plaintiff

vs. C.A. No.: 06-276/T

ANTHONY F. ROSCITI, JR.; SHANNON B. ROSCITI; HENRY V. ROSCITI; and A.H.R. UTILITY CORPORATION,

Defendants

**ANTHONY F. ROSCITI, JR. AND SHANNON B. ROSCITI'S REPLY TO PLAINTIFF'S OBJECTION AND REQUEST FOR EXPEDITED DECISIONS ON SEPARATE MOTIONS OF DEFENDANTS TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**

NOW COME Defendants, Anthony F. Rosciti, Jr. and Shannon B. Rosciti (collectively the "Roscitis"), and each of them, by and through counsel, and hereby reply to Plaintiff, The Hanover Insurance Group's ("Hanover") objection and request for expedited decisions on separate motions of defendants to enlarge the time to respond to Hanover's summary judgment motion in connection with the above-identified action as follows:

1. On July 9, 2008, the Roscitis moved this Court for an order further enlarging the time within which the Roscitis' may object or otherwise respond to Hanover's pending dispositive motion.

2. On that same date, this Court entered a "Text Order" granting the Roscitis' motion, and, further, enlarged the time within which the Roscitis may object or otherwise respond to Hanover's motion for summary judgment up to, and including, July 23, 2008.

3. On July 9, 2008 Defendants, Henry V. Rosciti and A.H.R. Utility Corporation also filed a similar motion seeking further enlargements of time to object to Hanover's summary judgment motion, which the Court also granted on that date.

4. On July 10, 2008, notwithstanding the above-referenced orders of this Court, Hanover filed an objection and request for expedited decision on separate motions of the defendants to enlarge the time to respond to Hanover's summary judgment motion.

5. Hanover's objection and request for expedited decisions is moot insofar as the Court has already determined the Roscitis' motion for further enlargement of time.

WHEREFORE, for the foregoing reasons, the Roscitis respectfully pray that this Court disregard and/or overrule Hanover's objection and request for expedited decisions upon the Roscitis' motion for further enlargement of time within which to object or otherwise respond to Hanover's summary judgment motion, and that this Court award to the Roscitis such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,
Anthony F. Rosciti, Jr. and Shannon B. Rosciti

By their Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

Dated: July 10, 2008

# CERTIFICATION

I hereby certify that on this 10th day of July, 2008, the foregoing was served upon **Ronald E. Ritland, Esq.,** via e-mail @ rritland@peabodyarnold.com; **Kevin C. Cain, Esq.**, via e-mail @ kcain@peabodyarnold.com; and **Joseph DeAngelis, Esq.**, via e-mail @ jdeangelis@apslaw.com.

/s/ Christopher M. Mulhearn