UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP

        Plaintiff,

v.                                         C.A. No. 06-276T

ANTHONY F. ROSCITI, JR., SHANNON B.
ROSCITI, HENRY V. ROSCITI, JR. and
AHR UTILITY CORPORATION,

        Defendants.                  **Consolidated with**

ANTHONY F. ROSCITI, JR.; and
SHANNON B. ROSCITI

        Plaintiffs,

v.                                         C.A. No. 06-392T

THE HANOVER INSURANCE GROUP

        Defendant.

### ORDER GRANTING THE HANOVER INSURANCE GROUP'S MOTION FOR SUMMARY JUDGMENT

For reasons stated in open Court on October 2, 2008, the motion for summary judgment by The Hanover Insurance Group is GRANTED with respect to
(1) Count I and counterclaims I - VIII in C.A. No. 06-276T; and
(2) Counts I - VIII and Counterclaim I in C.A. No. 06-392T.

Counts II and III in C.A. 06-276T and counterclaims II and III in C.A. No. 06-392T are DISMISSED as moot.

                                      By Order

                                      /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: October 7, 2008