# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

THE HANOVER INSURANCE GROUP,
Plaintiff

    vs.                                                   C.A. No. 06-276ML

ANTHONY F. ROSCITI, JR., SHANNON
B. ROSCITI, HENRY V. ROSCITI, JR.
and AHR UTILITY CORPORATION,
Defendants.                                **CONSOLIDATED WITH**


ANTHONY ROSCITI, JR.; and
SHANNON B. ROSCITI,
Plaintiffs

    vs.                                                   C.A. No. 06-392ML

THE HANOVER INSURANCE GROUP,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the October 7th, 2008 Order Granting the Hanover Insurance Group's Motions for Summary Judgment, judgment hereby enters for Plaintiff/Defendant The Hanover Insurance Group and against Defendants/Plaintiffs Anthony F. Rosciti, Jr., Shannon B. Rosciti and against Defendants Henry V. Rosciti, Jr. and AHR Utility Corporation.

Enter:

_____
Deputy Clerk

Dated: February 10th, 2009