**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

THE HANOVER INSURANCE GROUP,
Plaintiff

    vs.                                            C.A. No. 06-276ML

ANTHONY F. ROSCITI, JR., SHANNON
B. ROSCITI, HENRY V. ROSCITI, JR.
and AHR UTILITY CORPORATION,         **CONSOLIDATED WITH**
Defendants.


ANTHONY ROSCITI, JR.; and
SHANNON B. ROSCITI,
Plaintiffs

    vs.                                            C.A. No. 06-392ML

THE HANOVER INSURANCE GROUP,
Defendant

### ORDER

Plaintiff Hanover Insurance Group's Motion Pursuant to FRCP 60(a) to Correct the Judgment to include the damages awarded plus prejudgment interest is hereby GRANTED. The Clerk is directed to prepare and file an Amended Judgment in the above-referenced matters.

By Order:

_____
Deputy Clerk

ENTER:

_____
Mary M. Lisi
Chief United States District Judge
Date: 3/16/09